# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AUCEL VILLAFRANCA LARA,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity,<br><br>    Respondent. | No. 2:26-cv-02079-SHL-tmp |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On January 28, 2026, Petitioner Aucel Villafranca Lara filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) Villafranca Lara challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks his "immediate, unconditional release," arguing that his detention is "void ab initio" and that "[u]nconditional release is the only remedy that addresses the unlawful deprivation of liberty." (ECF No. 1-2 at PageID 15.) Villafranca Lara states that, in addition to the requirements for service, a copy of the petition will be emailed to Stuart Canale, Assistant United States Attorney. (ECF No. 11 at PageID 34.) Upon review of the Petition, it is **ORDERED** as follows:

    (1)    Villafranca Lara shall within **five days** of this Order deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Failure to fully comply with this requirement may justify dismissal of the Petition. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2) Within **five days** after Villafranca Lara fully complies with the above requirement, Respondent Scott Ladwig shall respond to the petition for writ of habeas corpus in writing.

(3) Villafranca Lara may file a reply within **two days** after Ladwig's responsive filing.

(4) Ladwig shall not transfer Villafranca Lara out of the West Tennessee Detention Center during the pendency of the Petition.

**IT IS SO ORDERED,** this 4th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE