# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AUCEL VILLAFRANCA LARA,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity,<br><br>    Respondent. | No. 2:26-cv-02079-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed January 28, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 16), filed February 12, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 10, 2026
Date